

FILED
2006 SEP -8 PM 2: 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RODNEY JUBILEE,<br><br>　　　　　Defendant. | Criminal Case 05cr1453-DMS<br><br>**EX PARTE APPLICATION AND ORDER TO EXONERATE BONDS FOR MATERIAL WITNESS** *[CORRECTED]*<br><br>**MATERIAL WITNESS:**<br>**AMERICA HERNANDEZ-VASQUEZ**<br><br>Honorable Dana M. Sabraw |

### Ex Parte Application

　　**I, JAMES C. ALVORD**, attorney for material witness AMERICA HERNANDEZ-VASQUEZ, submit this ex parte application and order to exonerate the court bond set to secure the attendance of the above-referenced material witness for testimony in this case.

　　Bond was set at $5,000,00 with 10% or $500 posted with the Clerk Cashier's Office.

　　The bond was posted by the surety listed below who assisted me in returning the witness to Customs and Border Protection.

　　Witness America Hernandez-Vasquez was returned to Mexico on May 2, 2006.

|   |   |
|---|---|
| 1 | I am requesting that the court bond posted by the surety on behalf of this material witness be exonerated and the cash deposited with the Cashier be returned to said surety. |

DATE: September 7, 2006

JAMES C. ALVORD, Attorney
for the Material Witness

## ORDER

**IT IS ORDERED** that the bond posed with this Court and deposited with the Clerk of the Court to secure the presence of material witness AMERICA HERNANDEZ-VASQUEZ in this matter shall be exonerated and the $500.00 deposited with the Clerk Cashier be returned to:

IGNACIO ESPINOZA ZAMORA
15478 Ethel Street
Chino Hills CA 91709

DATED: 9-8-06

United States Judge

2